## Gertrude B. Wolf, Appellee, v. Parker Holsman Company, Appellant.

### Gen. No. 41,483.

opinion filed March 31, 1941. Hubbard, Baker & Rice, Sidney J. and Arthur Wolf, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."